# EXHIBIT A

Michelle R. Matheson #019568
mmatheson@mathesonlegal.com
Matthew E. Walls #026523
mwalls@mathesonlegal.com
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
Attorneys for Plaintiff

COPY

APR 2 8 2011

MICHAEL K. JEANES, CLERK
MARTHA WANKE
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| LORRIE BUTTERWORTH, a married woman,<br><br>Plaintiff,<br><br>v.<br><br>SEAN LILLE M.D., P.C., a domestic corporation, and SEAN T. and DIANE LILLE, husband and wife.<br><br>Defendants. | Case No.:<br><br>CV2011-053856<br><br>**COMPLAINT**<br>**(Jury Trial Requested)** |

Plaintiff Lorrie Butterworth, for her Complaint, alleges as follows:

1. Plaintiff Lorrie Butterworth ("Butterworth") is currently and at all times relevant to this action a resident of Maricopa County, Arizona. During the two year period prior to filing this Complaint ("the Claim Period"), Butterworth performed labor services for Defendants but was not compensated appropriately under federal law.

2. Defendant Sean Lille, M.D., P.C., is a corporation located in Maricopa County and registered to do business in the State of Arizona ("the Company").

3.   Defendants Sean T. and Diane Lille are residents of Maricopa County, Arizona. At all times relevant to this action Defendants Sean T. and Diane Lille owned a majority interest in the Company. Defendant Sean T. Lille is also the President, Director and owner of the Company. In his capacity as an owner and corporate officer of the Company, Defendant Sean T. Lille was responsible for classifying Plaintiff as exempt or non-exempt under federal overtime law. Defendant Sean T. Lille is therefore an "employer" subject to individual liability on behalf of himself and his marital community under the FLSA.

4.   The events giving rise to these causes of action occurred, at least in part, in Maricopa County, Arizona.

5.   This Court has jurisdiction and venue over the subject matter and the parties hereto pursuant to A.R.S. §12-123 and 12-401.

**COUNT ONE**
**(Failure to Properly Pay Overtime Wages in Violation of the**
**Fair Labor Standards Act, 29 U.S.C. §§ 201-219 Against All Defendants)**

6.   Plaintiff incorporates by reference the allegations above. In support of her Complaint for unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (hereinafter "FLSA") she alleges as follows:

7.   During the Claim Period, Plaintiff was employed by Defendants as a scheduling coordinator. Plaintiff's primary job duties were non-exempt in nature, and included answering telephone and internet inquiries, ordering supplies and scheduling appointments. At all times relevant to this action, Plaintiff was a covered "employee" and Defendants were Plaintiff's "employer" as those terms are defined by the FLSA.

8. At all times during the Claim Period the Company was a covered "Enterprise engaged in commerce or in the production of goods for commerce" as that term is defined by the federal Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (the "FLSA").

9. Plaintiff worked in excess of 40 hours per week on multiple times during her employment with Defendants. Plaintiff was paid a base salary for her services, but was not appropriately compensated in full for time worked in excess of 40 hours per week in violation of the FLSA.

10. Defendants knew that they were subject to the requirements of the FLSA.

11. Defendants knew or should have known that the duties performed by Plaintiff were non-exempt duties under the FLSA.

12. Defendants nonetheless classified Plaintiff as "exempt" in an intentional effort to avoid additional overtime compensation due her under the FLSA.

13. At all times during the Claim Period, Plaintiff was a nonexempt employee under the FLSA.

14. During the Claim Period Defendants failed to comply with Title 29 U.S.C. §§ 201-219 in that Plaintiff often worked in excess of 40 hours per week but was not paid for those excess hours at the compensation rate required by the FLSA.

15. Plaintiff has suffered economic damages as a result of Defendants' unlawful compensation practice and is entitled to statutory remedies provided pursuant to the FLSA, including but not limited to, unpaid overtime compensation, liquidated damages, pre and post judgment interest, attorneys' fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial of her claims by jury to the extent authorized by law.

## REQUESTED RELIEF

WHEREFORE, Plaintiff requests:

A.  For the Court to declare and find that the Defendants committed the following acts:

   i.  violated the overtime provisions of the FLSA;

B.  For the Court to award damages, including liquidated damages pursuant to 29 U.S.C. § 216(b);

C.  For the Court to award Plaintiff her reasonable attorneys' fees and costs;

D.  For the Court to award pre-judgment interest on all compensation due, accruing from the date such amounts were due, and post-judgment interest; and

E.  For the Court to award such other monetary, injunctive, equitable and declaratory relief as the Court deems just and proper.

Dated this 26 day of April, 2011.

_____
Michelle R. Matheson #019568
Matthew E. Walls #026523
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
Attorney for Plaintiff

# EXHIBIT B

Michelle R. Matheson #019568
mmatheson@mathesonlegal.com
Matthew E. Walls #026523
mwalls@mathesonlegal.com
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951

Attorneys for Plaintiff

SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| LORRIE BUTTERWORTH, a married woman,<br><br>Plaintiff,<br><br>v.<br><br>SEAN LILLE M.D., P.C., a domestic corporation, and SEAN T. and DIANE LILLE, husband and wife.<br><br>Defendants. | Case No.: CV2011-053856<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at<br>602-257-4434<br>or<br>www.lawyerfinders.org.<br>Sponsored by the<br>Maricopa County Bar Association |

**THE STATE OF ARIZONA TO THE DEFENDANTS:**

SEAN LILLE M.D., P.C.
10210 N 92nd St., Ste. 203
Scottsdale, AZ 85258
(480) 661-6197

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona – whether by direct service, by registered or certified mail, or by publication – you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it

-1-

in this state, the insurer shall not be required to appear, answer or plead until the expiration of 40 days after date of such service upon the Director. Served by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. **RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.**

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. **RCP 10(d); A.R.S. § 12-311; RCP 5.**

REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST THREE (3) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING. **Maricopa County Local Rule 2.6, effective October 1, 1994.**

The name and address of Plaintiffs' attorney is:

**Michelle R. Matheson, Esq.**
**Matheson & Matheson, P.L.C.**
**14358 N. Frank Lloyd Wright Blvd., Suite 11**
**Scottsdale, Arizona 85260**
**(480) 889-8951**

GIVEN UNDER MY HAND this date:_____

Clerk of the Superior Court

APR 28 2011

By _____
Deputy Clerk

-2-

# EXHIBIT C

1 | Michelle R. Matheson #019568
mmatheson@mathesonlegal.com
2 | Matthew E. Walls #026523
mwalls@mathesonlegal.com
3 | MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
4 | Suite 11
Scottsdale, Arizona 85260
5 | (480) 889-8951
Attorneys for Plaintiff

COPY
APR 28 2011
MICHAEL K. JEANES, CLERK
MARTHA WANKE
DEPUTY CLERK

SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

LORRIE BUTTERWORTH, a married woman,

Plaintiff,

v.

SEAN LILLE M.D., P.C., a domestic corporation, and SEAN T. and DIANE LILLE, husband and wife.

Defendants.

Case No.:

CV2011-053836

**CERTIFICATE REGARDING COMPULSORY ARBITRATION**

The undersigned certifies that she knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case is within the jurisdictional limit for compulsory arbitration and is subject to compulsory arbitration, as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

///

///

-1-

DATED this 28 day of April, 2011.

        /s/ Michelle R. Matheson
Michelle R. Matheson #019568
mmatheson@mathesonlegal.com
Matthew E. Walls #026523
mwalls@mathesonlegal.com
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
Attorneys for Plaintiff

# EXHIBIT D

Carrie M. Francis (#020453)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: cfrancis@stinson.com
Attorneys for Defendants

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

| | |
|---|---|
| LORRIE BUTTERWORTH, a married woman,<br><br>Plaintiff,<br><br>v.<br><br>SEAN LILLE M.D., P.C., a domestic corporation, and SEAN T. and DIANE LILLE, husband and wife,<br><br>Defendants. | No. CV 2011-053836<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that on May 23, 2011, Defendants Sean Lille M.D., P.C. and Sean T. and Diane Lille ("Defendants") filed for removal of this case to the United States District Court for the District of Arizona, which completes the removal of Plaintiff's action number CV 2011-053836, pursuant to 28 U.S.C. §§ 1331 and 1441(b). A copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit A.

Therefore, Defendants having taken all steps to effect removal of this case, this Court may proceed no further unless and until the case is remanded by Order of the United States District Court. See 28 U.S.C. § 1446(d).

Defendants further certifies that Plaintiff has been notified of this removal and served with a copy of the Notice of Removal.

1 | DATED this 23rd day of May, 2011.

STINSON MORRISON HECKER LLP

By: /s/Carrie M. Francis
Carrie M. Francis
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Defendants

ORIGINAL e-filed with the Clerk of the Superior Court on the 23rd day of May, 2011.

COPY of the foregoing mailed this 23rd day of May, 2011, to:

Michelle R. Matheson
Matheson & Matheson, P.L.C.
14358 North Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
Attorneys for Plaintiff

/s/Patricia Jennings

2

DB04/831148.0002/4501076.1 DD02