# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lorrie Butterworth,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Sean Lille M.D., P.C., a domestic corporation, and Sean T. and Diane Lille, husband and wife,<br><br>　　　　　Defendants. | No. CV-11-1025-PHX-GMS<br><br>**ORDER** |
| Sean T. Lille,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>Lorrie Butterworth,<br><br>　　　　　Counterdefendant. | |

　　　Having considered Defendants/Counterclaimant Sean Lille M.D., P.C., Sean T. Lille and Diane Lille and Plaintiff/Counterdefendant Lorrie Butterworth Stipulation for Dismissal with Prejudice (Doc. 36), and for good cause appearing,

　　　**IT IS ORDERED** that this matter is dismissed with prejudice, each side to bear their own attorneys' fees and costs.

　　　Dated this 27th day of September, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge

DB04/831148.0002/5132406.1DD02